UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**FRANCISCO LOPEZ,**
        **Plaintiff,**

   v.                                      Case No. 24-CV-1436

**CORRECTIONAL OFFICER HORNE, et al.**
        **Defendants.**

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding        Date: 7/16/2025
Time Commenced: 10:05 a.m.        Concluded: 10:17 a.m.
Deputy Clerk: KQV                   Court Reporter: N/A

APPEARANCES:

Plaintiff: Francisco Lopez, pro se

Defendant Correctional Officer Horne: By Attorney Anya Parfenoff

Nature of Conference: Telephonic Status Conference

Notes:       The parties discussed the possibility of settlement. No agreement was reached at this time. The parties are to follow the schedule previously set by the court.