Honorable, Lynn Adelman
United States District JUDGE, Eastern
District of Wisconsin
517 E. Wisconsin Ave. Rm. 240.
Milwaukee, WI. 53202

①

July 27th, 2025

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2025 JUL 28 A 9:12
[signature] CLERK OF COURT

Subject; A Humble Plea for Legal Help - in case No. 24-cv-1436
Francisco J. Lopez V. Milwaukee County Jail,

JUDGE Adelman,

I am writing to you today 7-25-2025, Directly from my heart, about my case, 24-CV-1436. I know you previously reviewed my request for a lawyer in your Order on April 1, 2025 and I respect you decision and also on the date of July 16, 2025 Court Conference on line, Your Honor you requested that I make & send a letter/Motion to you Court asking for Legal Assistance, Your Honor thing have gotten harder for me and I truly need your HELP?

Since I left the jail, I am a Free man, thank GOD. But my health, the very reason I brought this case, is still a big problem. I told you about my heart failure and how they found troubling activity with my heart, On <u>Oct. 2024</u>, when CO/officer Horne didn't get me help, I almost died my Lungs & heart were full of water/Fluids. and it was a heart Compilcation. That experience left me scared and stressed More than you can imagine.

This Constant worry about my heart makes it so hard to think clearly, I'm just a regular man, <u>not</u> a lawyer. Trying to understand all these legal papers. The rules of the court, and how to fight against a <u>TRINED</u> Lawyers from the other side... it's too much for my mind right now, with everthing my body is going

03/of/of
copys

through. I tried to do it myself "pro-se," as they say. but it's just just not working. "I" can't "explain" everything like a LAWYER can.

My case is about something very serious: that my right were violated way they didn't give me the medical help I needed, which is against the (8th.) Amendment of our Constitution. For my voice to truly be heard, and for this case to be fair, I need someone who knows the law inside and out. It's about getting justice, Your Honor, and I truly believe that without a lawyer, I won't have a fair chance to show the truth of what happened to me. The (5th) Fifth and (14th) Fourteenth Amendments promise due-process, and for someone like me, with my health issues, that ~~that~~ means having proper legal help.

I am asking to slow ~~~~ anything down. I just want to make sure my case can move forward fairly and strongly. I humbly ask that you please look again at my situation and consider appointing a lawyer to represent me. I truly believe it's the only way to make sur justice is served...

Thank you for listening to my simple plea.

Con mucho Respeto (with Much Respect),

03/of 01 copys. Francisco J. Lopez x F.J.Lopez   July 27th, /25

Francisco Javier Lopez
2238 W. National AVE.
Milwaukee WI. 53204-1033



United States District Court
Eastern District of Wisconsin
517 E. Wisconsin AVE. /RM. 362
Milwaukee WI. 53202